**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01319-CV

### IN RE ALLISON HOLLINGSWORTH, Relator

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00556-2011**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and motion for emergency relief. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DAVID LEWIS
       JUSTICE